WENDY J. OLSON
United States Attorney

JAMES C. STRONG
james.c.strong@usdoj.gov
ISB # 7428
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 514-9953
Facsimile: (202) 514-6770

*Attorneys for the Plaintiff, United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                    Plaintiff,             )<br>                                                          )<br>           v.                                         )<br>                                                          )<br>PENNY LEA JONES, f/k/a PENNY  )<br>LEA WARDROP,                             )<br>                                                          )<br>                    Defendant.         ) | Civil No. 4:09-cv-00547-CWD |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the United States moves for summary judgment against Penny Lea Jones for a permanent injunction against her under 26 U.S.C. §§ 7402, 7407 and 7408, enjoining her and her representatives, agents, servants, employees, attorneys, independent contractors, and anyone in active concert or participation with her:

   1. From acting as a federal tax return preparer and from preparing or filing federal tax returns for others, and from representing others before the IRS, including prohibiting her from directly or indirectly:

a. Preparing or filing, or assisting in, or directing the preparation or filing of any federal tax return or amended return or other related documents or forms for any other person or entity;

b. Giving tax advice or assistance to anyone for compensation;

c. Engaging in activity subject to penalty under 26 U.S.C. §§ 6694 or 6695;

d. Engaging in any other activity subject to penalty under the Internal Revenue Code; and

e. Engaging in other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

2. From directly or indirectly by means of false, deceptive, or misleading commercial speech:

a. Organizing or selling tax shelters, plans or arrangements that advise or assist taxpayers to attempt to evade the assessment or collection of such taxpayers' correct federal tax;

b. Engaging in any other activity subject to penalty under 26 U.S.C. § 6700, including organizing or selling a plan or arrangement and making a statement regarding the excludability of income or any other tax benefit by participating in the plan that she knows or has reason to know is false or fraudulent as to any material matter;

c. Engaging in any activity subject to penalty under 26 U.S.C. § 6701; and

d. Directly or indirectly organizing, promoting, marketing, or selling any plan or arrangement that advises or encourages taxpayers to attempt to violate internal

revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities, including promoting, selling, or advocating the use of false Forms 1099 or other false IRS forms based on the false claims that:

    i. Taxpayers can draw on the Treasury of the United States to pay their tax debt or other debts using Forms 1099 or other documents;

    ii. Taxpayers can issue false Forms 1099 to a creditor and report the amount on the false Forms 1099 as income taxes withheld on their behalf, and;

    iii. Taxpayers have a secret account with the Treasury Department which they can use to pay their debts or which they can draw on for refunds through a process that is often called "redemption" or "commercial redemption."

3. From preparing her own federal income tax returns claiming false income tax withholding and refunds based on amounts shown in false Forms 1099 issued to her creditors;

4. From filing, providing forms for, or otherwise aiding and abetting the filing of frivolous Forms 1040, Forms 1040X, or Forms 1099 for herself or others, including the notarization or signing of certificates of service or similar documents in connection with the frivolous tax returns;

5. Requiring Jones to contact by mail (and also by e-mail, if an address is known) all persons who have purchased any products, services or advice associated with the false or fraudulent tax scheme and inform those persons of the preliminary injunction entered against her, and;

6. Order Jones to provide to the United States a list of all persons who have purchased any products, services or advice from her in the past three years.

In support of its motion, the United States attaches and incorporates by reference a memorandum of law, the declaration of Shauna Henline in support of the United States' motion for preliminary injunction with exhibits, and the declaration of Shauna Henline in support of the United States' motion for summary judgment with exhibits. The United States also relies upon the pleadings in this case.

Dated: September 22, 2010.

                         Respectfully submitted,

                         WENDY J. OLSON
                         United States Attorney

                         s/ James C. Strong
                         JAMES C. STRONG, ISB # 7428
                         Trial Attorney, Tax Division
                         U.S. Department of Justice
                         Post Office Box 7238
                         Ben Franklin Station
                         Washington, D.C.  20044
                         Telephone: (202) 514-9953
                         Facsimile: (202) 514-6770
                         Email: james.c.strong@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Summary Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 22nd day of September, 2010.

Penny Jones
P.O. Box 797
Rigby, ID  83442

Penny Jones
P.O. Box 185
Shelley, ID  83274

                                      s/ James C. Strong
                                      JAMES C. STRONG
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9953